## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Pedro Bala Nzita
Petitioner,

v.                                                    Case No.: 1:26-cv-552-PB-TM

Strafford County Department of Corrections,
Superintendent, et. al.
Respondents

<u>ORDER</u>

The Court requires sufficient time to consider the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Consequently, the respondents shall not remove or transfer the petitioner outside of the District of New Hampshire unless they provide this Court with notice at least seventy-two hours in advance of any such removal or transfer.   At least twenty-four of the seventy-two hours must fall on a day during which the court is in session.

Such notice shall: (1) be filed in writing on the docket of this proceeding; (2) state the reason for the necessity of such action; and (3) state why the move should not be stayed pending further court proceedings. Notice of a petitioner's release from custody may be provided after the fact.

SO ORDERED.

Date: 7/6/2026                          */s/ Paul J, Barbadoro*
                                        Paul J. Barbadoro
                                        United States District Judge